# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRENDEN KING**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 3:19-cv-00207 KGB**

**CITY OF MARION, ARKANSAS,**
**FRANK FOGLEMAN, Mayor of City**
**of Marion, Arkansas, and Woody Wheeless,**
**in his personal capacity**                                                                     **DEFENDANT**

## ORDER

    Before the Court are the parties' joint stipulations of dismissal with prejudice (Dkt. Nos. 41, 42). The stipulations accord with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    For good cause shown, the Court adopts the stipulations of dismissal. The action is dismissed with prejudice, and the parties will bear their own costs and fees. Further, this stipulation also applies to separate defendant Woody Wheeless who was never served with the amended complaint.

    It is so ordered this 13th day of August, 2020.

                                                                                    Kristine G. Baker
                                                                                 United States District Judge